GRANT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 25, 1896.) Action by Edward Grant against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless the respondent stipulates within 20 days to reduce the verdict to $1,000, and the extra allowance proportionately, in which case the judgment so reduced is unanimously affirmed,

without costs. All concur, except PRATT, J., not sitting.